**Order filed November 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00681-CV
_____

**IN THE INTEREST OF J.M.R.C AND J.M.A.C, CHILDREN, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-00958J**

---

## O R D E R

The clerk's record was filed September 26, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order signed October 27, 2022, granting appellant K.A.D.'s request to withdraw Donald M. Crane as appointed appellate counsel and permit appellant K.A.D. to appear pro se.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 7, 2022**, containing the trial court's order signed October 27, 2022, granting appellant K.A.D.'s request to withdraw Donald M. Crane as appointed appellate counsel and permit appellant K.A.D. to appear pro se.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists Justices Wise, Jewell and Poissant.